UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CRAIG JOSEPH WHITE,<br><br>　　　　　　　Defendant. | CASE NO.: 2:10-CR-0418-GMN-PAL<br><br>PROPOSED ORDER<br>*NUNC PRO TUNC* |

　　　　On February 10, 2011, this Court sentenced Craig Joseph White to 120 months in the custody of the Bureau of Prisons on a charge of Coercion and Enticement in violation of 18 U.S.C. §2422(b).  The Court also imposed ten (10) **Special Conditions Of Supervision**, only one of which, number nine (9), is the subject of this Order.  In the subsequent written judgment of the case, filed on February 23, 2011, Special Condition number nine (9) was incorrectly stated.  That condition should read as follows:

> 9. You shall provide the probation officer with accurate information regarding your entire computer system, including all related digital devices with memory and all passwords and internet service providers; you shall allow the installation of any software/hardware on your computer by the probation officer, and you shall abide by all rules of the Computer Restriction and Monitoring Programs Agreement.

　　　　Pursuant to Federal Rule of Criminal Procedure 36, I hereby amend the written judgment to reflect the correct wording of the condition, *Nunc pro tunc*.

DATED this 3 day of March 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1