# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00418-GMN-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| CRAIG JOSEPH WHITE, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 4, 2020 at the hour of 3:00 p.m., be vacated and continued to September 17, 2020 at the hour of 10:00 AM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this  4th   day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3