RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Craig Joseph White

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00418-GMN-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| CRAIG JOSEPH WHITE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Craig Joseph White, that the Revocation Hearing currently scheduled on November 18, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties have reached a proposed resolution. The defendant has requested the additional time to allow him to stay in custody at Nevada Southern Detention Center through

the holidays, if the Court accepts the proposed resolution, through most of the parties' proposed sentence.

       2.       The defendant is in custody and agrees with the need for the continuance.

       3.       The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 10th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender |   */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRAIG JOSEPH WHITE,<br><br>    Defendant. | Case No. 2:10-cr-00418-GMN-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 18, 2020 at 10:00 a.m., be vacated and continued to January 20, 2021, at the hour of 12:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  10  day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE