RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Craig Joseph White

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>      v.<br><br>CRAIG JOSEPH WHITE,<br><br>         Defendant. | Case No. 2:10-cr-00418-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Craig Joseph White, that the Revocation Hearing currently scheduled on November 30, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss options with Mr. White.
2. Defense counsel will be second-chairing a trial beginning December 19, 2022.
3. The defendant is in custody and agrees with the need for the continuance.
4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 21st day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ *Edward G. Veronda*<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRAIG JOSEPH WHITE,<br><br>    Defendant. | Case No. 2:10-cr-00418-GMN-PAL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 30, 2022 at 2:00 p.m., be vacated and continued to January 31, 2023 at the hour of 10:00 a.m.

   DATED this  28  day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

3