RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Craig Joseph White

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00418-GMN-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** (Second Request) |
| v. | |
| CRAIG JOSEPH WHITE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Craig Joseph White, that the Revocation Hearing currently scheduled on January 31, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to review discovery with Mr. White.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

1

DATED this 25th day of January, 2023.

2

3  RENE L. VALLADARES                    JASON M. FRIERSON
   Federal Public Defender               United States Attorney

4

5

   By /s/ Joy Chen                       By /s/ Edward G. Veronda
6  JOY CHEN                              EDWARD G. VERONDA
   Assistant Federal Public Defender     Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00418-GMN-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| CRAIG JOSEPH WHITE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 31, 2023 at 10:00 a.m., be vacated and continued to  March 2, 2023  at the hour of 10:00 a.m.

DATED this 26 day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

3