RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Craig Joseph White

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRAIG JOSEPH WHITE,<br><br>    Defendant. | Case No. 2:10-cr-00418-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Craig Joseph White, that the Revocation Hearing currently scheduled on March 7, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review discovery and discuss his legal options with Mr. White.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1  This is the third request for a continuance of the revocation hearing.

2  DATED this 16th day of February, 2023.

3

4  RENE L. VALLADARES  JASON M. FRIERSON
Federal Public Defender  United States Attorney

5

6
By /s/ Joy Chen  By /s/ Edward G. Veronda

7  JOY CHEN  EDWARD G. VERONDA
Assistant Federal Public Defender  Assistant United States Attorney

8

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00418-GMN-PAL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CRAIG JOSEPH WHITE, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, March 7, 2023 at 10:00 a.m., be vacated and continued to May 2, 2023 at the hour of 10:00 a.m.

    DATED this 16 day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE